UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Rita Sanchez    Date: April 30, 2024
Deputy Clerk

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Carolyn Marie Jones | 2:13-CR-00698-MWF-1 | 65591-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* Ian Wallach |
|---|---|
| N/A | TELEPHONE NO.: |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on ___ at ___. A citation will be issued to the offender

Interpreter Needed?  ☐ Yes  ☒ No    Language Type: _____

THANIA RODRIGUEZ, 909-806-4947          HELENE HICKMAN, 909-383-5577
U. S. PROBATION OFFICER                 SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*   Orig. To Clerk's Office    *Copies to:*   U. S. Attorney (Chief, Criminal Division)
                                                                  Federal Public Defender (Chief Deputy)

---

*FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Michael W. Fitzgerald, United States District Judge on 6/11/2024 at 2:30 ~~a.m.~~/p.m. in Courtroom No. 5A.

CLERK, U. S. DISTRICT COURT

Date  5/10/2024          By  *Rita Sanchez*
                                Deputy Clerk

*Routing on Notice by Clerk:*   Original - Court File                                     ☑
                                cc:  U. S. Probation & Pretrial Services Office           ☑
                                     U. S. Attorney, Attn: Chief, Criminal Division       ☑
                                     Defense Attorney                                     ☑
                                     Federal Public Defender, Attn: Chief Deputy          ☑
                                     U. S. Marshal (Warrant Cases only)                   ☐
                                     Interpreter Section, Clerk's Office (When needed)    ☐

SUP 216
1/10/07